154 A.3d 686

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOSHUA NOVELLO, DEFENDANT-PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002765-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 687

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. OMAR AUSTIN, DEFENDANT-PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000477-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.